AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## WESTERN DISTRICT OF NEW YORK

Ronnie Cox

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 1:13-CV-404C

v.

Audubon Financial Bureau, LLC

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff Ronnie Cox and against Defendant Audubon Financial Bureau, LLC in the amount of $1,000 together with costs of $400 plus reasonable attorney's fees.

Date: October 8, 2013                    MICHAEL J. ROEMER, CLERK


                                  By:    s/Deborah M. Zeeb
                                         Deputy Clerk