UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| RONNIE COX,<br><br>                Plaintiff,<br><br>vs.<br><br>AUDUBON FINANCIAL BUREAU, LLC, A DELAWARE LIMITED LIABILITY COMPANY, AND ADAM D. MARCH, INDIVIDUALLY,<br><br>                Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Case No.: 1:13-CV-00404 JTC |

_____

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties hereto, as well as the respective parties hereto, that no party is an infant, incompetent person for whom a committee has been appointed or conservatee, that no person not a party has an interest in the subject matter of the action, and that the above-captioned action is hereby dismissed with prejudice against defendant Adam D. March, individually, without costs to either party as against the other.

| | |
|---|---|
| Dated: New York, New York<br>       October 8, 2013 | Dated: Buffalo, New York<br>       October 8, 2013 |
| **FREDRICK SCHULMAN & ASSOCIATES** | **ZDARSKY, SAWICKI & AGOSTINELLI LLP** |
| By: /s/ Jacob J. Scheiner<br>    Jacob J. Scheiner, Esq.<br>    *Attorney for Plaintiff*<br>    30 E. 29th Street<br>    New York, New York 10016<br>    (212) 796-6053<br>    Email: jscheiner@fschulmanlaw.com | By: /s/ David E. Gutowski<br>    David E. Gutowski, Esq.<br>    *Attorneys for Defendants*<br>    404 Cathedral Place<br>    298 Main Street<br>    Buffalo, New York 14202<br>    (716) 855-3200<br>    Email: dgutowski@zsa.cc |